> Application **GRANTED**. Plaintiff shall serve defendant no later than **December 20, 2024**. The initial pretrial conference scheduled for October 16, 2024, is adjourned to **January 15, 2025**, at 4:00 P.M. At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The parties' deadline to submit the joint letter and the proposed case management plan is extended to **January 8, 2025.**
>
> Dated: October 8, 2024
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

October 7, 2024

**Via CM/ECF**
The Honorable Lorna G. Scholfield
United States District Court
Southern District of New York

    Re:    **Brown v. St. Franks LTD.**
              **Case #: 1:24-cv-06348-LGS**

Dear Judge Schofield:

    We represent the Plaintiff in the above matter. We write in response to the Court's request for joint letter and proposed case management plan on this matter. We have been unable to properly serve the Defendant on this matter but are continuing our efforts to effectuate service.

    Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled of October 16, 2024 at 4:00 pm to a date at least sixty (60) days from now. Plaintiff also requests an extension of the deadline to serve Defendant to an additional thirty (30) days. These is the first request for an adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                Respectfully submitted,

                                              *s/ Rami M. Salim*
                                              Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF