UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZEBONE BROWN,

                      Plaintiff,

-against-

ST. FRANKS LTD.,

                      Defendant.
------------------------------------------------------------X

24 Civ. 6348 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 10, 2025, required the parties to file a proposed case management plan and joint letter by January 14, 2025. If Plaintiff cannot obtain Defendant's cooperation, she was directed by January 14, 2025, to file a status letter and propose date to initiate the default judgment process;

    WHEREAS, the initial pretrial conference is currently scheduled for January 21, 2025, at 3:00 P.M.;

    WHEREAS, no such materials were filed by either party. It is hereby

    **ORDERED** that the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 17, 2025, at 12:00 P.M.** If Plaintiff cannot obtain Defendant's cooperation, **by January 17, 2025**, she shall file a status letter and propose date to initiate the default judgment process. Continued violation of this Court's order will result in dismissal of the action for failure to prosecute.

Dated: January 16, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE