Application **DENIED** as moot in light of the order at Dkt. 13. So Ordered.

Dated: January 22, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

January 21, 2025

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Eastern District of New York

    Re:    **Brown v. St. Franks LTD.**
                **Case #: 1:24-cv-06348-LGS**

Dear Judge Schofield:

    We represent the Plaintiff in the above matter. We write in response to the Court's request for a Discovery Plan and Scheduling Order on this matter. The defendant was properly served on October 22, 2024 but has yet to make an appearance in this matter. The defendant contacted plaintiff's counsel and informed us that a different entity owned the website in question. Defendant's answer was due on November 12, 2024. On January 17, 2025, plaintiff filed for an extension to amend the complaint to include the correct entity as a defendant and dismiss the current defendant from the case.

    Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled for January 21, 2025 at 3:00 pm to a date at least thirty (60) days from now to allow time for the plaintiff to file an amended complaint and serve the amended complaint on the new defendant. This is the second request for an adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                        Respectfully submitted,

                                        *s/ Rami M. Salim*
                                        Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF