UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZEBONE BROWN,

                          Plaintiff,

                -against-

ST. FRANKS LTD., et al.,

                        Defendants.
-------------------------------------------------------------X

24 Civ. 6348 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 21, 2025, required the parties to file a proposed case management plan and joint letter by February 11, 2025;

WHEREAS, Defendant St. Franks Ltd. has been served but not appeared. Defendant Havenly, Inc. has not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to submit timely the joint letter or proposed case management plan; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 18, 2025**, at **noon**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **February 18, 2025**, at **noon**.

**ORDERED** that the initial pretrial conference scheduled for February 18, 2025, is adjourned to **March 11, 2025, at 3:00 P.M.**

Dated: February 12, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE