Application **DENIED** in light of the number of adjournments previously granted, and the fact that Plaintiff had not initiated the process to serve Defendant Havenly, Inc. until her letter on efforts to serve was due. Plaintiff shall file the proof of service of Defendant Havenly, Inc. as soon as possible and no later than **February 28, 2025**. So Ordered.

Dated: February 19, 2025
     New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

February 18, 2025

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

    Re:    **Brown v. St. Franks LTD.**
               **Case #: 1:24-cv-06348-LGS**

Dear Judge Schofield:

    We represent the Plaintiff in the above matter. We write in response to the Court's request for a Discovery Plan and Scheduling Order on this matter. An amended complaint was filed in this matter on February 3, 2025 however a Summons was inadvertently not filed along with the amended complaint. The request for the issuance of a summons was filed today and will be served along with the amended complaint as soon as it is issued.

    Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled for March 11, 2025 at 3:00 pm to a date at least thirty (30) days from then to allow time for the plaintiff to serve the amended complaint on the new defendant. This is the third request for an adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                         Respectfully submitted,

                                                         *s/ Rami M. Salim*
                                                         Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF